UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIEN ALEXANDER | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 24-974-JWD-SDJ |
| SENTRY SELECT INSURANCE COMPANY | |

## ORDER AND JUDGMENT

After independently reviewing the entire record in this case, and for the reasons set forth in the Magistrate Judge's Report dated August 25, 2025 (Doc. 29), to which objections were filed and considered (Docs. 30, 31, and 32), and for the additional reasons given by Plaintiff in response to the objection—namely, that (1) Defendant improperly conflates the term "the insured" with "the named insured," and (2) that, at most, the policy is ambiguous, and a reasonable construction (which the Court adopts) is that the tortfeasor/permissive driver is the "insured" for purposes of the policy and the Direct Action Statute—and noting for the record that Defendant improperly raised for the first time before Undersigned rather than the Magistrate Judge,

**IT IS ORDERED** that Plaintiff's Motion to Remand **(Doc. 10)** is **GRANTED** and that this matter is remanded to the Twenty-First Judicial District Court for the Parish of Livingston, State of Louisiana, for all further proceedings.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE** this matter on the docket.

Signed in Baton Rouge, Louisiana, on September 22, 2025.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

21st JDC LP